IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| BYRON N. HICKEY, | * | |
| | * | |
| Plaintiff, | * | CASE NO. |
| | * | 4-07-CV-96 (CDL) |
| | * | |
| v. | * | |
| | * | |
| COLUMBUS CONSOLIDATED, | * | |
| GOVERNMENT, R.T. BOREN, | * | |
| J.D. HAWK, AND DAVID HORIUCHI, | * | |
| | * | |
| Defendants. | * | |

**STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT R.T.BOREN IN HIS INDIVIDUAL CAPACITY**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Byron N. Hickey and Defendants Columbus, Georgia Consolidated Government and R.T. Boren hereby stipulate to the dismissal with prejudice of all claims asserted by Plaintiff in his Complaint against Defendant R.T. Boren in his individual capacity and to the dismissal with prejudice of all counterclaims, if any, that were or could have been asserted by Defendant R.T. Boren against Plaintiff in the above-styled action, with the parties to bear their own respective costs.  All of the parties agree and stipulate that this Stipulation of Dismissal With Prejudice as to Defendant R.T. Boren In His Individual Capacity will not operate to extinguish any claims against or defenses of Defendant Boren's employer, Defendant Columbus Georgia Consolidated Government.

/s/ Maxine Burns Hardy
Attorney for Plaintiff
Georgia State Bar No.  325905

P.O. Box 349
Columbus, GA  31902-0349
(706) 324-6300
Email:  maxineburnshardy@bellsouth.net

1

|  |  |
|---|---|
|  | PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C. |
|  | By: /s/ Kirsten C. Stevenson<br>       James C. Clark, Jr.<br>       Ga. Bar No.: 127145<br>       Thomas F. Gristina<br>       Ga. Bar No.: 452454<br>       Kirsten C. Stevenson<br>       Ga. Bar No.: 801101 |
| 1111 Bay Avenue, Third Floor<br>Columbus, Georgia  31901<br>(706) 324-0251 |  |
|  | By:  /s/ Clifton C. Fay<br>        Clifton C. Fay<br>        Ga. Bar No. 256460<br>        Jaimie B. DeLoach<br>        Ga. Bar No. 081638 |
| P.O. Box 1340<br>Columbus, Georgia 31902 | Attorneys for Defendants Columbus Consolidated Government and Richard Boren |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| BYRON N. HICKEY, | * | |
| | * | |
| Plaintiff, | * | CASE NO. |
| | * | 4-07-CV-96 (CDL) |
| | * | |
| v. | * | |
| | * | |
| COLUMBUS CONSOLIDATED, | * | |
| GOVERNMENT, R.T. BOREN, | * | |
| J.D. HAWK, AND DAVID HORIUCHI, | * | |
| | * | |
| Defendants. | * | |

**CERTIFICATE OF SERVICE**

    I certify that I have this day electronically filed the above **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT R.T.BOREN IN HIS INDIVIDUAL CAPACITY**  using the CM/ECF system which will automatically send notification of such filing to the following:

    James C. Clark
    Thomas F. Gristina
    Kirsten C. Stevenson
    PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.
    1111 Bay Avenue, Third Floor
    Columbus, Georgia  31901
    (706) 324-0251

    Clifton C. Fay
    Jaimie B. DeLoach
    P.O. Box 1340
    Columbus, Georgia  31902

This 4th day of June, 2010.

                                            Maxine Burns Hardy
                                            Counsel for Plaintiff